PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Amended Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Anselmo Santiago  Cr.: 759-001
PACTS Number: 23105

Name of Sentencing Judicial Officer: Jose L. Linares

Date of Original Sentence: 06/24/99

Original Offense: Conspiracy to Possess with Intent to Distribute Heroin
Original Sentence: 88 months imprisonment, 5 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 03/09/07

### PETITIONING THE COURT

[ ]  To extend the term of supervision for         Years, for a total term of         Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 90 days commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

### CAUSE

In July 2008, the offender completed inpatient drug treatment. Within two months of his discharge, he reverted to drug use and drug treatment was increased. Although there has been no indication of drug use since September, the offender is currently in non-compliance with the condition of his supervision in that he has failed to keep his drug treatment appointments. In lieu of a court hearing, the offender has agreed to have his supervision condition modified to include 90 days home confinement.

Respectfully submitted,

By: Norma de Armas
Senior U.S. Probation Officer
Date: 12/17/08

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2/9/09
Date